United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40560
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODOLFO ACOSTA-ORELLANA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:05-CR-651-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rodolfo Acosta-Orellana appeals his sentence following his

guilty-plea conviction for illegal reentry after deportation, in

violation of 8 U.S.C. § 1326.  Acosta-Orellana argues that the

district court erroneously characterized his state conviction for

simple possession of heroin as an aggravated felony, which

increased his offense level by eight pursuant to U.S.S.G.

§ 2L1.2(b)(1)(C).  We review Acosta-Orellana's challenge to the

district court's application of the Sentencing Guidelines de

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

novo.  See United States v. Villegas, 404 F.3d 355, 359-61 (5th Cir. 2005).

In the light of the Supreme Court's recent decision in Lopez v. Gonzales, 127 S. Ct. 625 (2006), Acosta-Orellana's argument has merit.  See United States v. Estrada-Mendoza, 475 F.3d 258, 259-61 (5th Cir. 2007).  Accordingly, Acosta-Orellana's sentence is vacated, and the case is remanded for resentencing in light of Lopez.

CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.